IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL SANDERS,

        Plaintiff,

vs.                                                                 No. CIV 08-921 WPL/LFG

GIANT INDUSTRIES, INC.,
WESTERN REFINING, INC.,

        Defendants.

### ORDER DENYING AS MOOT
### DEFENDANT'S MOTION TO COMPEL

THIS MATTER comes before the Court on Defendant Giant Industries, Inc.'s Motion to Compel [Doc. 45], filed June 10, 2009.  The parties having advised the Court on this date that they reached a settlement of their dispute and that the case will be dismissed once closing documents are filed,

IT IS THEREFORE ORDERED that Defendant Giant Industries, Inc.'s Motion to Compel [Doc. 45] is denied as moot.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
Chief United States Magistrate Judge